UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00088

**Jay Williams,**
*Plaintiff,*

v.

**Botie Hillhouse,**
*Defendant.*

# ORDER

Plaintiff Jay Williams, an inmate of the Henderson County Jail, filed pro se this civil lawsuit in the Northern District of Texas without paying the filing fee. The case was transferred to this court and referred to a magistrate judge. The magistrate judge issued a report and recommendation that the court bar plaintiff from proceeding in forma pauperis and dismiss this case as barred by previously imposed sanctions, which prohibit plaintiff from filing any lawsuit without representation by licensed counsel and full prepayment of the filing fee. Doc. 7. Plaintiff received a copy of the report in March. Doc. 8. He has not filed written objections, and the time for doing so has passed.[1]

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff is denied leave to proceed in forma pauperis, and this case is dismissed with prejudice for purposes of proceeding in forma pauperis but without prejudice as to

---

[1] In July, he filed a "notice memorandum" making various nonsensical assertions such as "No Jurisdiction. Judge Donald J. Trump has Jurisdiction." Doc. 9. That filing states no comprehensible objections to the magistrate judge's report and, even if it did, is untimely. The report is therefore not objected to.

the refiling of the lawsuit, through licensed counsel, with payment of the full filing fee. Any pending motions are denied as moot.

*So ordered by the court on August 1, 2025.*

                                                J. CAMPBELL BARKER
                                                United States District Judge